■ In the Matter of JAMES J. WILSON, for Reinstatement to the Practice of Law in the State of New York. [997 NYS2d 663]— Order entered reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Nov. 24, 2014.)